UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

ETHEL M. AUSTIN SLOAN,
    Plaintiff,

    v.

BAY AREA CREDIT SERVICE, LLC,
    Defendants.
_____/

No. C 09-4622 SI

**ORDER GRANTING REQUEST FOR BAY AREA CREDIT SERVICE'S CLIENT REPRESENTATIVE NOT TO ATTEND THE MEDIATION SESSION IN PERSON**

Date:    March 25, 2010
Mediator:  Gregory Walker

IT IS HEREBY ORDERED that the request for defendant Bay Area Credit Service's client representative not to appear in person at the March 25, 2010 mediation before Gregory Walker is GRANTED.  The client representative shall be available to participate by telephone at all times during the mediation, pursuant to ADR Local Rule 6-10.

IT IS SO ORDERED.

March 22, 2010            By:        _____
Dated
                                                     Elizabeth D. Laporte
                                            United States Magistrate Judge