UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| ETHEL M. AUSTIN SLOAN,<br><br>          Plaintiff,<br><br>vs.<br><br>BAY AREA CREDIT SERVICE, LLC,<br><br>          Defendant. | CASE NO. 09-CV-04622-SI<br><br>**[PROPOSED] ORDER OF DISMISSAL** |

    Having considered the parties' Stipulation of Dismissal, the above-entitled action is hereby dismissed with prejudice. Each party shall bear its own costs and expenses.

    IT IS SO ORDERED.

DATED: _____

                                            UNITED STATES DISTRICT JUDGE